UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| RITA KWASNIEWSKI | ) CHAPTER 13 CASE NO: 03-66129 |
| | ) |
| DEBTOR | ) |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $89.90 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed and the Trustee attempted to send a refund in the amount of $89.90 to the debtor.
3. The check was returned to the Trustee and the Trustee cannot locate the debtor.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $89.90 into U.S. Treasury Fund 6047BK on behalf of Debtor, Rita Kwasniewski whose last known address was 5654 Independence, Portage, IN 46368.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2009 service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtors' attorney electronically.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45